

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

  

★  ★  ★                    ★  ★  ★

January 22, 2015

No. 04-14-00609-CV

IRMA AND MANUEL LEMUS,
Appellants

v.

JOHN RENE AGUILAR, JOHNNY B. WELLS, LAURA ASHLEY WELLS, AND JOHNNY
MONTOYA GARZA,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Gloria Saldana, Judge Presiding

## ORDER

In this Court's Order of November 24, 2014, appellate deadlines in this case were suspended until January 8, 2015, and the parties were ordered to mediation with either Phyllis Speedlin or Joseph Casseb. On January 13, 2015, Appellants have filed a Motion to Extend Deadlines because the mediation was rescheduled to February 3, 2015.

The request is granted. Appellate deadlines in this case are hereby suspended until **February 10, 2015**. **No further extensions will be granted in this case.**

It is so **ORDERED** on January 22, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_____
Keith E. Hottle, Clerk